

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2021

No. 04-21-00372-CV

**EAGLE ROCK TIMBER, INC.,**
Appellant

v.

**WHEAT CRAFT, INC.,** Solid Rock Crushing, LLC, and Rock Hard Rental, LLC,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 18992B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On September 7, 2021, Robert Sirianni and Brownstone P.A. have moved for leave to withdraw as appellant's counsel pursuant to Texas Rule of Appellate Procedure 6.5. We GRANT the motion to withdraw. Appellant's docketing statement filed on September 3, 2021 states that R. Wes Johnson of Gardner Law is Lead Counsel for Appellant. Johnson remains lead counsel in this appeal.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court